# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 12/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk Street, Rm. 9110
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hanen, Andrew S. | 12/16/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | VACLE Constitutional Institute | 10/3/2019 - 10/4/2019 | Mt. Vernon, DC | Speech | Travel, Meals, & Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA Account #1 (H) | | | | | | | | | |
| 2.  - Bank of America RASP | A | Interest | J | T | | | | | |
| 3.  - Apple (AAPL) | A | Dividend | L | T | | | | | |
| 4.  - iShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 5. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 6. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 7. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 8.  - Vanguard Consumer Staples Index Fund (VDC) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 9. | | | | | Sold<br>(part) | 03/22/19 | J | A | |
| 10. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 11. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 12. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 13.  - Vanguard Materials Index Fund ETF (VAW) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 14.  - Consumer Discretionary Select Sector SPDR Fund (XLY) | A | Dividend | K | T | Sold<br>(part) | 01/18/19 | J | A | |
| 15. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 16. | | | | | Sold<br>(part) | 04/25/19 | J | A | |
| 17. | | | | | Sold<br>(part) | 08/16/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/12/19 | J | A | |
| 19. - Vanguard Industrials Index Fund ETF<br>(VIS) | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | A | |
| 20. | | | | | Sold<br>(part) | 03/22/19 | J | A | |
| 21. | | | | | Sold<br>(part) | 04/25/19 | J | A | |
| 22. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 23. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 24. | | | | | Sold<br>(part) | 12/12/19 | J | A | |
| 25. - Health Care Select Sector SPDR Fund<br>(XLV) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 26. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 28. | | | | | Sold<br>(part) | 06/17/19 | J | B | |
| 29. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 30. - Financial Select Sector SPDR Fund (XLF) | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 31. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 32. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 33. - Vanguard Information Technology Index<br>ETF (VGT) | A | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 34. | | | | | Sold<br>(part) | 03/22/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 36. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 37. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 38. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 39. - First Trust Dow Jones Internet Index ETF (FDN) | None | | J | T | Sold (part) | 01/18/19 | J | A | |
| 40. | | | | | Sold (part) | 03/22/19 | J | A | |
| 41. | | | | | Sold (part) | 04/25/19 | J | A | |
| 42. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 43. - First Trust Cloud Computing ETF (SKYY) | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 44. | | | | | Sold (part) | 03/22/19 | J | A | |
| 45. | | | | | Sold (part) | 04/25/19 | J | A | |
| 46. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 47. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 48. - Energy Select Sector SPDR Fund (XLE) | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 49. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 50. - Real Estate Select Sector SPDR Fund (XLRE) | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 51. | | | | | Buy (add'l) | 06/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Communication Services Select Sector SPDR (XLC) | A | Dividend | K | T | Sold (part) | 01/18/19 | J | A | |
| 53. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 54. | | | | | Sold (part) | 04/25/19 | J | A | |
| 55. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 56. | | | | | Sold (part) | 09/16/19 | J | A | |
| 57. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 58.   Retirement Account #1 (H) | | | | | | | | | |
| 59.   - BMO Strategic Income Fund Class A (BMTAX) | D | Dividend | M | T | | | | | |
| 60.   - Microsoft Bonds (CUSIP 594918AH7) | A | Interest | K | T | | | | | |
| 61.   - Goldman Sachs Bonds (CUSIP 38141EA25) | B | Interest | | | Redeemed | 02/15/19 | K | | |
| 62.   - Fidelity Government Cash Reserves (FDRXX) | A | Dividend | M | T | | | | | |
| 63.   - Fidelity MMKT Premium Class (FZDXX) | A | Dividend | J | T | | | | | |
| 64.   - Fidelity ContraFund (FCNTX) | B | Dividend | K | T | | | | | |
| 65.   - Fidelity Equity Dividend Income Fund (FEQTX) | C | Dividend | L | T | Buy (add'l) | 04/30/19 | K | | |
| 66.   - Fidelity Dividend Growth Fund (FDGFX) | A | Dividend | K | T | | | | | |
| 67.   - Fidelity Blue Chip Value Fund (FBCVX) | A | Dividend | J | T | | | | | |
| 68.   - Simmons Bank CD (CUSIP 82869AAU9) | B | Interest | | | Redeemed | 10/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Modern Bank CD (CUSIP 607544AT0) | B | Interest | L | T | | | | | |
| 70.   - Valley Nat. Bank CD (CUSIP 919853BQ3) | A | Interest | | | Redeemed | 04/17/19 | K | | |
| 71.   - Wells Fargo Bank CD (CUSIP 949763SE7) | C | Interest | M | T | | | | | |
| 72.   - Fidelity 500 Index Fund (FXAIX) | A | Dividend | K | T | | | | | |
| 73.   - JP Morgan Chase Bank CD (CUSIP 48128HUA4) | A | Interest | | | Buy | 05/16/19 | K | | |
| 74. | | | | | Redeemed | 11/18/19 | K | | |
| 75.   Brokerage Account #1 (H) | | | | | | | | | |
| 76.   - Morgan Stanley Private Bank NA Fund | A | Interest | J | T | | | | | |
| 77.   - JP Morgan Chase FXD 5.3 (CUSIP 46625HKK5) | D | Dividend | M | T | | | | | |
| 78.   - CitiGroup Inc. FXD 5.8 (CUSIP 172967HZ7) | D | Dividend | | | Redeemed | 11/15/19 | L | | |
| 79.   - CitiGroup Inc. FXD 5.95 (CUSIP 172967JZ5) | D | Dividend | M | T | | | | | |
| 80.   - CitiGroup Inc. FXD 6.125 (CUSIP 172967KD2) | D | Dividend | M | T | | | | | |
| 81.   - Federated Prime Cash Obligations Fund (PCOXX) | A | Dividend | J | T | Buy | 08/05/19 | N | | |
| 82. | | | | | Sold (part) | 08/07/19 | M | | |
| 83. | | | | | Sold (part) | 10/16/19 | L | | |
| 84.   - Bank of America Corp FXD 6.1 (CUSIP 060505EN0) | C | Dividend | M | T | Buy | 08/05/19 | M | | |
| 85.   - Bank of America Corp FXD 5.125 (CUSIP 060505FP4) | C | Dividend | M | T | Buy | 10/11/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - JP Morgan Chase FXD 6.1 (CUSIP 48126HAC4) | C | Dividend | M | T | Buy | 08/05/19 | M | | |
| 87. - E*Trade FXD 5.3 (CUSIP 269246BR4) | | None | N | T | Buy | 11/07/19 | M | | |
| 88. | | | | | Buy (add'l) | 11/15/19 | M | | |
| 89. Brokerage Account #2 (H) | | | | | | | | | |
| 90. - N. Tex. Twy. Auth. Municipal Bonds (CUSIP 66285WFX9) | C | Interest | L | T | | | | | |
| 91. - Waco TX CTFS (CUSIP 929831FN0) | B | Interest | L | T | | | | | |
| 92. - Bank of America Money Market Fund | A | Interest | L | T | | | | | |
| 93. - Eaton Vance Tax-Managed Global Buy-Write (ETW) | D | Dividend | M | T | | | | | |
| 94. - SP500 CLIRN Issuer CIBC (MLVJS) | | None | L | T | | | | | |
| 95. Compass Bank | E | Interest | O | T | | | | | |
| 96. Northwestern Mutual EOL Whole Life Insurance #117 (See Note 1) | A | Dividend | J | T | | | | | |
| 97. Northwestern Mutual EOL Whole Life Insurance #714 | A | Dividend | J | T | | | | | |
| 98. Northwestern Life Mutual Whole Life Insurance #642 | A | Dividend | J | T | | | | | |
| 99. Northwestern Mutual Whole Life Insurance #817 | C | Dividend | L | T | | | | | |
| 100. Northwestern Mutual Whole Life Insurance #811 | C | Dividend | L | T | | | | | |
| 101. Northwestern Mutual Whole Life Insurance #840 | C | Dividend | K | T | | | | | |
| 102. IRA Account #4 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Capital Income BLDR (CAIBX) | D | Dividend | M | T | | | | | |
| 104. - American FDS Portfolio Growth and Income Fund (GAIOX) | E | Dividend | N | T | | | | | |
| 105. - Apple (AAPL) | A | Dividend | J | T | | | | | |
| 106. - Industrial Select Sector SPDR Fund (XLI) | A | Dividend | J | T | | | | | |
| 107. - Consumer Staples Select Sector SPDR (XLP) | A | Dividend | J | T | | | | | |
| 108. - Energy Select Sector SPDR Fund (XLE) | A | Dividend | J | T | | | | | |
| 109. - Consumer Discretionary Select Sector SPDR (XLY) | A | Dividend | J | T | | | | | |
| 110. - SPDR Gold Trust (GLD) | | None | J | T | | | | | |
| 111. - Vanguard Information Technology Index (VGT) | A | Dividend | J | T | | | | | |
| 112. - WF Sweep | A | Interest | J | T | | | | | |
| 113. - American Funds High Income Trust (AHITX) | B | Dividend | K | T | Buy (add'l) | 01/14/19 | J | | |
| 114. IRA Account #5 (H) | | | | | | | | | |
| 115. - iShares Core S&P 500 (IVV) | A | Dividend | K | T | Sold (part) | 01/09/19 | J | A | |
| 116. | | | | | Sold (part) | 05/02/19 | J | A | |
| 117. | | | | | Sold (part) | 12/10/19 | J | A | |
| 118. | | | | | Sold (part) | 12/16/19 | J | A | |
| 119. | | | | | Sold (part) | 12/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 121. | | | | | Sold<br>(part) | 05/02/19 | J | A | |
| 122. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 123. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 124. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 125.  - Pacer Trendpilot US Large Cap ETF<br>(PTLC) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 126. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 127. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 128. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 129.  - SPDR Gold Trust (GLD) | | None | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 05/12/19 | J | | |
| 131. | | | | | Sold<br>(part) | 07/23/19 | J | A | |
| 132. | | | | | Sold<br>(part) | 08/19/19 | J | A | |
| 133. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 134. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 135.  - Vanguard Emerging Markets Stock Index<br>(VWO) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 136. | | | | | Sold<br>(part) | 05/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 138. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 139. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 140.   - Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | K | T | Sold<br>(part) | 01/09/19 | J | A | |
| 141. | | | | | Sold<br>(part) | 05/02/19 | J | A | |
| 142. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 143. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 144. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 145.   - Vanguard Small-Cap Index Fund ETF (VB) | A | Dividend | K | T | Sold<br>(part) | 01/09/19 | J | A | |
| 146. | | | | | Sold<br>(part) | 05/02/19 | J | A | |
| 147. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 148. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 149. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 150. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 151.   - WisdomTree Japan Hedged Equity ETF (DXJ) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 152. | | | | | Buy<br>(add'l) | 07/23/19 | J | | |
| 153. | | | | | Sold<br>(part) | 12/10/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/16/19 | J | A | |
| 155. | | | | | Sold (part) | 12/17/19 | J | A | |
| 156.  - Janus Henderson Developed World Bond I (HFAIX) | B | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 157. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 158. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 159. | | | | | Sold (part) | 12/10/19 | J | A | |
| 160. | | | | | Sold (part) | 12/13/19 | J | A | |
| 161. | | | | | Sold (part) | 12/17/19 | J | A | |
| 162.  - Loomis Sayles Global Allocation Fund (LSWWX) | A | Dividend | K | T | Sold (part) | 01/09/19 | J | A | |
| 163. | | | | | Sold (part) | 05/02/19 | J | A | |
| 164. | | | | | Sold (part) | 12/10/19 | J | A | |
| 165. | | | | | Sold (part) | 12/13/19 | J | A | |
| 166. | | | | | Sold (part) | 12/17/19 | J | A | |
| 167.  - Lord Abbett Short Duration Income Fund (LLDYX) | B | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 168. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 169. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 170. | | | | | Sold (part) | 12/13/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/17/19 | J | A | |
| 172.   - Oakmark Fund Advisor Class (OAYMX) | B | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 173. | | | | | Sold (part) | 05/02/19 | J | A | |
| 174. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 175. | | | | | Sold (part) | 12/10/19 | J | A | |
| 176. | | | | | Sold (part) | 12/13/19 | J | A | |
| 177. | | | | | Sold (part) | 12/17/19 | J | A | |
| 178.   - Putnam Income Fund Class Y (PNCYX) | B | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |
| 179. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 180. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 181. | | | | | Sold (part) | 12/10/19 | J | A | |
| 182. | | | | | Sold (part) | 12/13/19 | J | A | |
| 183. | | | | | Sold (part) | 12/17/19 | J | A | |
| 184.   - Templeton Global Total Return Fund (TTRZX) | B | Dividend | | | Buy (add'l) | 01/09/19 | J | | |
| 185. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 186. | | | | | Sold | 07/23/19 | K | A | |
| 187.   - VanEck Vectors JP Morgan EM Local Currency Bond ETF (EMLC) | A | Dividend | K | T | Buy (add'l) | 01/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 189. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 190. | | | | | Sold (part) | 12/16/19 | J | A | |
| 191. | | | | | Sold (part) | 12/17/19 | J | A | |
| 192. - First Eagle Global Fund Class I (SGIIX) | A | Dividend | K | T | Sold (part) | 01/09/19 | J | A | |
| 193. | | | | | Sold (part) | 05/02/19 | J | A | |
| 194. | | | | | Sold (part) | 12/10/19 | J | A | |
| 195. | | | | | Sold (part) | 12/13/19 | J | A | |
| 196. | | | | | Sold (part) | 12/17/19 | J | | |
| 197. - Wells Fargo Sweep | A | Interest | J | T | | | | | |
| 198. IRA Account #6 (H) | | | | | | | | | |
| 199. - Cross Timbers Royalty Trust (CRT) | A | Distribution | | | Sold | 12/26/19 | J | A | |
| 200. - Energy Transfer Equity (ET) | B | Distribution | K | T | Buy (add'l) | 11/01/19 | J | | |
| 201. - Enterprise Products Partners LP (EPD) | A | Distribution | K | T | Sold (part) | 12/18/19 | J | A | |
| 202. - Kinder Morgan Inc. (KMI) | A | Dividend | K | T | Sold (part) | 09/17/19 | J | A | |
| 203. - ONEOK Inc. (OKE) | A | Dividend | K | T | Sold (part) | 09/17/19 | J | B | |
| 204. - Permian Basin Royalty Trust (PBT) | A | Distribution | | | Sold | 12/26/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. - Sabine Royalty Trust (SBR) | A | Distribution | | | Sold | 12/26/19 | J | A | |
| 206. - San Juan Basin Royalty Trust (SJT) | A | Distribution | | | Sold | 10/30/19 | J | | |
| 207. - Williams Companies Inc. (WMB) | B | Dividend | K | T | | | | | |
| 208. - First Eagle Overseas Fund Class A (SGOVX) | B | Dividend | K | T | Sold (part) | 09/17/19 | J | A | |
| 209. | | | | | Sold (part) | 12/24/19 | J | A | |
| 210. - Harbor High-Yield Bond Fund Institutional (HYFAX) | B | Dividend | | | Sold (part) | 01/29/19 | J | | |
| 211. | | | | | Sold | 12/12/19 | K | | |
| 212. - Templeton Emerging Markets Income Fund (TEI) | A | Dividend | J | T | | | | | |
| 213. - Templeton Global Bond Fund Class A (TPINX) | C | Dividend | K | T | Sold (part) | 01/29/19 | J | A | |
| 214. | | | | | Sold (part) | 12/24/19 | J | A | |
| 215. - Vanguard Prime Money Market Fund (VMMXX) | A | Dividend | K | T | Buy | 09/20/19 | K | | |
| 216. | | | | | Sold | 12/17/19 | K | A | |
| 217. | | | | | Buy | 12/30/19 | K | | |
| 218. - iShares JP Morgan EM Local Currency Bond ETF (LEMB) | B | Dividend | K | T | Sold (part) | 12/18/19 | J | A | |
| 219. - iShares S&P 500 Growth ETF (IVW) | A | Dividend | K | T | Sold (part) | 01/30/19 | J | C | |
| 220. | | | | | Sold (part) | 09/17/19 | J | B | |
| 221. | | | | | Sold (part) | 12/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hanen, Andrew S. | 12/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/26/19 | J | B | |
| 223. - iShares S&P 500 Value ETF (IVE) | A | Dividend | K | T | Buy (add'l) | 01/30/19 | J | | |
| 224. | | | | | Sold (part) | 09/17/19 | J | A | |
| 225. | | | | | Sold (part) | 12/18/19 | J | A | |
| 226. | | | | | Sold (part) | 12/26/19 | J | A | |
| 227. - iShares Core MSCI Emerging Markets ETF (IEMG) | B | Dividend | K | T | Sold (part) | 12/18/19 | J | A | |
| 228. | | | | | Sold (part) | 12/26/19 | J | A | |
| 229. - Vanguard Short-Term Bond Index Fund ETF (BSV) | B | Dividend | K | T | Sold (part) | 01/30/19 | J | A | |
| 230. | | | | | Sold (part) | 12/18/19 | J | A | |
| 231. | | | | | Sold (part) | 12/26/19 | J | A | |
| 232. - Pershing Gov. Acct. | A | Dividend | K | T | | | | | |
| 233. - MFS International Diversification Fund (MDIJX) | A | Dividend | K | T | Sold (part) | 12/17/19 | J | A | |
| 234. | | | | | Sold (part) | 12/24/19 | J | A | |
| 235. - Vanguard High-Yield Corporate Bond Fund Admiral (VWEAX) | | None | K | T | Buy | 12/12/19 | K | | |
| 236. | | | | | Sold (part) | 12/24/19 | J | A | |
| 237. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 12/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. All life insurance policies (Part VII, Lines 96-101) are either whole life or what is called extraordinary life (EOL), which are essentially whole life policies. Any dividends that are generated are used to pay the premium or to buy more coverage. The undersigned does not have any investment authority over these policies, nor does he invest any funds associated with these policies.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544